ATTORNEYS
DONALD S. EDGAR
REX GRADY
JEREMY R. FIETZ, Of Counsel

E-Mail
don@classattorneys.com
jrg@classattorneys.com
jeremy@classattorneys.com

**EDGAR LAW FIRM**
ATTORNEYS AND COUNSELORS AT LAW

408 COLLEGE AVENUE
SANTA ROSA, CALIFORNIA 95401
Phone (707) 545-3200 • Facsimile (707) 578-3040

LEGAL ASSISTANT
SUSAN SCHWEGMAN

PARALEGAL
LESLIE MCCRARY

E-Mail
susie@classattorneys.com
leslie@classattorneys.com

June 7, 2013

The Honorable Joseph C. Spero
United States District Court
for the Northern District of California
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: *Sabra Hanief vs. Bausch & Lomb, Inc., et al.*
      USDC No. 13-cv-01360 – JCS

Dear Judge Spero:

  We write on behalf of Plaintiffs to inform you that on April 12, 2013, Plaintiffs sent copies of the Summons and Complaint together with a Waiver of Summons form to each of the Bausch & Lomb Defendants via Certified Mail. The documents were received and signed for on April 15, 2013 (copies of the signed receipts are attached hereto). No response having been forthcoming, Plaintiffs had no choice other than to institute personal service. On June 5, 2013, Bausch & Lomb, Inc. was personally served. We expect Bausch & Lomb Pharmaceuticals, Inc. to be served in the near future. Accordingly, Plaintiffs respectfully request that the Scheduling Order, including the June 28, 2013, Initial Case Management Conference, be adjourned and postponed for approximately three months.

 DENIED. Counsel must file formal Motion.

Dated: 6/10/13

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Joseph C. Spero]

Respectfully submitted,

**EDGAR LAW FIRM**

Jeremy R. Fietz, Esq., Of Counsel

JRF/lm
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel Weschler Corp. VP
Bausch + Lomb Pharmaceuticals
8500 Hidden River Pkwy
Tampa FL 33637

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): S. Silvers
C. Date of Delivery: 15 April 2013

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

_[USPS stamp: APR 15 2013]_

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 1010 0000 3985 3521

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brent L. Saunders Pres + CEO
Bausch + Lomb, Inc.
One Bausch + Lomb Place
Rochester N.Y. 14604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Barney
C. Date of Delivery: 4/15/13
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 1010 0000 3985 3514

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540