IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SABRA HANIEF, et al.,

    Plaintiffs,

v.

BAUSCH & LOMB, INC., et al.,

    Defendants.

No. C 13-01360 JSW

**ORDER DENYING ADMINISTRATIVE MOTION WITHOUT PREJUDICE**

On June 13, 2013, Plaintiffs filed an administrative motion to continue dates in light of Defendants failure to answer the complaint. On June 19, 2013, Plaintiffs filed a supplement to their motion, acknowledging that Defendants had filed an answer, but stating that their request for a continuance remained. This case has now been reassigned to the undersigned and the case management conference was, in effect, continued to July 12, 2013 in light of the reassignment. The Court HEREBY DENIES the motion to continue dates without prejudice. If the parties, after meeting and conferring, need additional time, they may submit a stipulation and proposed order upon a showing of good cause to continue the dates. If, after meeting and conferring the parties cannot agree, and Plaintiffs still request a continuance, they may file an administrative motion upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: July 1, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE