Donald S. Edgar, Esq. (SBN 139324)
Jeremy R. Fietz, Esq., of counsel (SBN 200396)
Rex Grady, Esq. (SBN 232236)
**THE EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, CA 95401
Telephone: 707-545-3200
Facsimile: 707-578-3040

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRA HANIEF, an individual, and MOHAMMED HANIEF, an individual, | Case No.: C 13 1360 JCS |
| Plaintiffs, | **STIPULATION & ORDER [PROPOSED] RE: TO CONTINUE JULY 12 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| BAUSCH & LOMB, INC., an incorporated business entity; and BAUSCH & LOMB PHARMACEUTICALS, INC., an incorporated business entity, | |
| Defendants. | |

**STIPULATION & ORDER**         C 13 1360 JSW

1  WHEREAS the Court, on July 1, 2013, reset the Case Management
2  Conference in the matter of *Hanief et al v. Bausch & Lomb, Inc. et al* (Case No. C
3  13-01370) to occur on July 12, 2013; and
4  Whereas Counsel for the Parties were ordered, on July 1, 2013, to appear in
5  person at said Conference in San Francisco; and
6  Whereas, none of the three individual attorneys representing Plaintiffs are
7  available due to previously scheduled matters in Santa Rosa, California, Los
8  Angeles and Alaska respectively and cannot therefore personally attend said
9  Conference; and
10 Whereas Counsel for the Defendants do not oppose, and do in fact consent
11 to, a continuance of the Case Management Conference,
12 It is therefore stipulated by the parties, by and through their counsel, that
13 the Case Management Conference be continued for a short period of time.

Date: 2 July 2013                    **THE EDGAR LAW FIRM**

                                     s/
                                     Jeremy R. Fietz, Esq.,
                                     Counsel for Plaintiffs

Date: 2 July 2013                    ***SHOOK HARDY & BACON***

                                     s/
                                     Matthew J. Vanis, Esq.
                                     Counsel for Defendants

**STIPULATION & ORDER**                                              C 13 1360 JSW

## ORDER [PROPPOSED]

Having reviewed the stipulation of the Parties, and good cause appearing, it is hereby Ordered as follows:

1. That the Case Management Conference Scheduled to occur on July 12, 2013 be continued to the date of __August 9, 2013__.

2. That the Parties complete their meet and confer obligations no later than __July 26, 2013__.

3. That the Parties submit either a joint Case Management Statement, or separate statements, by __August 2, 2013__.

IT IS SO ORDERED.

Dated: July 8, 2013

_Jeffrey S White_
JUDGE OF THE U.S. COURT FOR
THE NORTHER DISTRICT OF CA

**STIPULATION & ORDER**　　　　　　　　　　　　　　　　　　　　C 13 1360 JSW