Donald S. Edgar, Esq. (SBN 139324)
Jeremy R. Fietz, Esq., of counsel (SBN 200396)
Rex Grady, Esq. (SBN 232236)
*THE EDGAR LAW FIRM*
408 College Avenue
Santa Rosa, CA  95401
Telephone:  707-545-3200
Facsimile:  707-578-3040

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRA HANIEF, an individual, and MOHAMMED HANIEF, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br><br>BAUSCH & LOMB, INC., an incorporated business entity; and BAUSCH & LOMB PHARMACEUTICALS, INC., an incorporated business entity,<br><br>Defendants. | Case No.: C 13 1360 JCS<br><br>**STIPULATION & ORDER [PROPOSED] RE: TO CONTINUE JULY 12 CASE MANAGEMENT CONFERENCE** |

**STIPULATION & ORDER**                                                  C 13 1360 JSW

WHEREAS the Court, on July 1, 2013, reset the Case Management Conference in the matter of *Hanief et al v. Bausch & Lomb, Inc. et al* (Case No. C 13-01370) to occur on July 12, 2013; and

Whereas Counsel for the Parties were ordered, on July 1, 2013, to appear in person at said Conference in San Francisco; and

Whereas, none of the three individual attorneys representing Plaintiffs are available due to previously scheduled matters in Santa Rosa, California, Los Angeles and Alaska respectively and cannot therefore personally attend said Conference; and

Whereas Counsel for the Defendants do not oppose, and do in fact consent to, a continuance of the Case Management Conference,

It is therefore  stipulated by the parties, by and through their counsel, that the Case Management Conference be continued for a short period of time.


Date: 2 July 2013                    **THE EDGAR LAW FIRM**



                                     s/_____
                                     Jeremy R. Fietz, Esq.,
                                     Counsel for Plaintiffs



Date: 2 July 2013                    **SHOOK HARDY & BACON**



                                     s/_____
                                     Matthew J. Vanis, Esq.
                                     Counsel for Defendants



**STIPULATION & ORDER**                              C 13 1360 JSW

## ORDER [PROPPOSED]

Having reviewed the stipulation of the Parties, and good cause appearing, it is hereby Ordered as follows:

1.    That the Case Management Conference Scheduled to occur on July 12, 2013 be continued to the date of   August 9, 2013   .

2.    That the Parties complete their meet and confer obligations no later than   July 26, 2013   .

3.    That the Parties submit either a joint Case Management Statement, or separate statements, by   August 2, 2013   .

IT IS SO ORDERED.

Dated:  July 8, 2013

_____
JUDGE OF THE U.S. COURT FOR
THE NORTHER DISTRICT OF CA

**STIPULATION & ORDER**                                    C 13 1360 JSW