Donald S. Edgar, Esq. (SBN 139324)
Jeremy R. Fietz, Esq., of counsel (SBN 200396)
Rex Grady, Esq. (SBN 232236)
***THE EDGAR LAW FIRM***
408 College Avenue
Santa Rosa, CA  95401
Telephone:  707-545-3200
Facsimile:  707-578-3040

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRA HANIEF, an individual, and MOHAMMED HANIEF, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BAUSCH & LOMB, INC., an incorporated business entity; and BAUSCH & LOMB PHARMACEUTICALS, INC., an incorporated business entity,<br><br>　　　　　Defendants. | Case No.: C 13 1360 JSW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**STIPULATION & ORDER FOR DISMISSAL**　　　　　　　　　　　　　　　　　　　　　C 13 1360 JSW

1  IT IS HEREBY STIPULATED AND AGREED by the parties that the Complaint in the
2  above-entitled case be dismissed with prejudice, each party to bear their respective costs,
3  including any possible attorneys' fees or other expenses of this litigation.

Date: 2 July 2013                                     **THE EDGAR LAW FIRM**

                                                      /s/
                                                      _____
                                                      Jeremy R. Fietz, Esq., Of Counsel
                                                      Counsel for Plaintiffs

Date: 2 July 2013                                     **SHOOK HARDY & BACON**

                                                      /s/
                                                      _____
                                                      Matthew J. Vanis, Esq.
                                                      Counsel for Defendants


   IT IS SO ORDERED.

   August 22, 2013
                                                      _____
                                                      JUDGE OF THE U.S. DISTRICT COURT
                                                      NORTHERN DISTRICT OF CALIFORNIA


**STIPULATION & ORDER FOR DISMISSAL**                 C 13 1360 JSW