Donald S. Edgar, Esq. (SBN 139324)
Jeremy R. Fietz, Esq., of counsel (SBN 200396)
Rex Grady, Esq. (SBN 232236)
*THE EDGAR LAW FIRM*
408 College Avenue
Santa Rosa, CA 95401
Telephone: 707-545-3200
Facsimile: 707-578-3040

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRA HANIEF, an individual, and MOHAMMED HANIEF, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BAUSCH & LOMB, INC., an incorporated business entity; and BAUSCH & LOMB PHARMACEUTICALS, INC., an incorporated business entity,<br><br>Defendants. | Case No.: C 13 1360 JSW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**STIPULATION & ORDER FOR DISMISSAL**                               C 13 1360 JSW

IT IS HEREBY STIPULATED AND AGREED by the parties that the Complaint in the above-entitled case be dismissed with prejudice, each party to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Date: 2 July 2013						**THE EDGAR LAW FIRM**

								/s/
								Jeremy R. Fietz, Esq., Of Counsel
								Counsel for Plaintiffs

Date: 2 July 2013						**SHOOK HARDY & BACON**

								/s/
								Matthew J. Vanis, Esq.
								Counsel for Defendants

IT IS SO ORDERED.

August 22, 2013

								JUDGE OF THE U.S. DISTRICT COURT
								NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION & ORDER FOR DISMISSAL**				C 13 1360 JSW